AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ellen Davis, *Personal Representative of the Estate of Jerome Davis (Deceased)*,<br>*Plaintiff*<br>v.<br>Gestamp South Carolina LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.    7-23-cv-967-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered*:*

■ other: this case is dismissed with prejudice.

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:   March 26, 2024                                                    *CLERK OF COURT*

                                                                                                    s/L. K. McAlister, Deputy Clerk
                                                                                              _____
                                                                                                     *Signature of Clerk or Deputy Clerk*